1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   YELLOWCAKE, INC. and                ) Case No.: 1:20-cv-00981-NONE-JDP
     COLONIZE MEDIA, INC.,                )
12                                        ) ORDER GRANTING JOINT STIPULATION
                                          ) AND REQUEST FOR BRIEF SECOND
13               Plaintiffs,              ) EXTENSION OF TIME FOR DEFENDANTS
                                          ) TRIWOLF MEDIA, LLC AND TANGO
14        v.                              ) MULTI MEDIA PRODUCTIONS, LLC TO
                                          ) FILE A RESPONSE TO PLAINTIFFS'
15   TRIWOLF MEDIA, LLC, TANGO            ) INITIAL COMPLAINT
16   MULTI MEDIA PRODUCTIONS,             )
     LLC, DISTRIBUIDORA DE DISCOS         )
17   MONTERREY, S.A., DE C.V.,            ) ECF NO. 11
18   PLATINO RECORDS, INC.,               )
     ALBERTO MITCHELL, and DOES 1-        )
19   20,                                  )
                                          )
20                                        )
21               Defendants.              )
                                          )
22

23

24

25

26        The court, having read and considered the parties' joint stipulation and request for

27   a brief second extension of time for defendants TRIWOLF MEDIA, LLC ("Triwolf") and

28   TANGO MULTI MEDIA PRODUCTIONS, LLC ("Tango") (collectively, "Defendants")

                                             1

1    to respond to the initial complaint filed by plaintiffs YELLOWCAKE, INC. and

2    COLONIZE MEDIA, INC. (collectively, "Plaintiffs"), ECF No. 11, and good cause

3    appearing, hereby orders that:

4        1.    The court grants the stipulation, ECF No. 11; and

5        2.    The deadline for Defendants Triwolf and Tango to file a response to

6    Plaintiff's Initial Complaint, ECF No. 1, is extended to September 28, 2020.

7

8    IT IS SO ORDERED.

9

10   Dated:    September 17, 2020        _____

                                          UNITED STATES MAGISTRATE JUDGE

11

12   No. 204.