# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC. and COLONIZE MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRIWOLF MEDIA, LLC, TANGO MULTIMEDIA PRODUCTIONS, LLC, DISTRIBUIDORA DE DISCOS MONTERREY, S.A., DE C.V., PLATINO RECORDS, INC., ALBERTO MITCHELL, and DOES 1-20, <br><br> Defendants. | **Case No. 1:20-cv-00981-AWI-SKO** <br><br> (Hon. Anthony W. Ishii) <br><br> **ORDER RE CONSENT TO AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PROC. 15(a)(2)** <br><br> (Docs. 27 & 30) |

Upon reviewing the stipulation entered into between Plaintiffs, Yellowcake, Inc. and Colonize Media, Inc. (collectively, "Plaintiffs"), and Defendants, Platino Records, Inc. and Alberto Mitchell (collectively, "Defendants"), through their respective undersigned attorneys of record, and good cause appearing,

IT IS ORDERED that the stipulation filed on November 6, 2020, (Doc. 27) is approved as follows:

1. Defendants hereby consent to the filing and service of the amended complaint filed on October 19, 2020 (the "Amended Complaint") (Doc. 23);

2. Defendants admit to service of the Amended Complaint as of October 19, 2020, the date of the filing of the Amended Complaint; and

3. The time for Defendants to answer or otherwise respond to the Amended
   Complaint is EXTENDED up to and including thirty (30) days from the date
   of this Order.

IT IS SO ORDERED.

Dated:   **November 9, 2020**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE