# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC. and COLONIZE MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRIWOLF MEDIA, LLC, TANGO MULTIMEDIA PRODUCTIONS, LLC, DISTRIBUIDORA DE DISCOS MONTERREY, S.A., DE C.V., PLATINO RECORDS, INC., ALBERTO MITCHELL, and DOES 1-20, <br><br> Defendants. <br><br> TRIWOLF MEDIA, LLC, <br><br> Counterclaimant, <br><br> v. <br><br> YELLOWCAKE, INC. and COLONIZE MEDIA, INC. <br><br> Counter-Defendants. | **Case No. 1:20-cv-00981-AWI-SKO** <br><br> (Hon. Anthony W. Ishii) <br><br> **ORDER RE EXTENSION OF TIME FOR PLAINTIFFS TO OPPOSE DEFENDANTS' SPECIAL MOTION** <br><br> (Doc. 36) |

Upon reviewing the stipulation (Doc. 36) entered into between the plaintiffs, Yellowcake, Inc. and Colonize Media, Inc. (the "Plaintiffs"), and defendants, Triwolf Media, LLC and Tango Multimedia Productions, LLC (the "Defendants"), through their respective undersigned attorneys of record, and good cause appearing,

IT IS ORDERED that the time for Plaintiffs to submit their opposition to Defendants' special motion to strike counts 5, 6, 7, 8 and 9 of Plaintiffs' first amended complaint (Doc. 35) is hereby extended up to and including January 25, 2021. The hearing date for the motion to strike is CONTINUED to February 8, 2021, at 1:30 p.m. in Courtroom 2 (AWI) before District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   **January 4, 2021**                             /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE