1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC. and COLONIZE MEDIA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TRIWOLF MEDIA, LLC, TANGO MULTI MEDIA PRODUCTIONS, LLC, DISTRIBUIDORA DE DISCOS MONTERREY, S.A., DE C.V., PLATINO RECORDS, INC., ALBERTO MITCHELL, and DOES 1-20,<br><br>Defendants. | Case No.: 1:20-cv-00981-AWI-SKO<br><br>**[**~~PROPOSED~~**] ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE HEARING ON DEFENDANTS TRIWOLF MEDIA, LLC AND TANGO MULTIMEDIA PRODUCTIONS, LLC'S NOTICE OF SPECIAL MOTION AND SPECIAL MOTION TO STRIKE COUNTS 5, 6, 7, 8, AND 9 OF PLAINTIFFS YELLOWCAKE, INC. AND COLONIZE MEDIA, INC.'S FIRST AMENDED COMPLAINT [DE 23]**<br><br>**Hearing Date:** February 8, 2021<br>**Hearing Time:** 1:30 p.m.<br>**Location:** Courtroom 2<br><br>COMPLAINT FILED: July 14, 2020<br>SCHEDULING CONFERENCE: March 2, 2021 |

1

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON SPECIAL MOTION TO STRIKE
CIVIL ACTION NO. 1:20-cv-00981-AWI-SKO

Upon reviewing the stipulation (Doc. 39) entered into between the plaintiffs, Yellowcake, Inc. and Colonize Media, Inc. (the "Plaintiffs"), and defendants, Triwolf Media, LLC and Tango Multimedia Productions, LLC (the "Defendants"), through their respective undersigned attorneys of record, and good cause appearing:

IT IS ORDERED that the time for Defendants to submit their reply in support of Defendants' special motion to strike counts 5, 6, 7, 8 and 9 of Plaintiffs' first amended complaint (Doc. 35) is hereby extended up to and including February 22, 2021. The hearing date for the motion to strike is CONTINUED to March 1, 2021, at 1:30 p.m. in Courtroom 2 (AWI) before District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   February 2, 2021                                    /s/ Anthony W. Ishii
                                                      SENIOR DISTRICT JUDGE