UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YELLOWCAKE, INC. and COLONIZE MEDIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRIWOLF MEDIA, LLC, TANGO MULTI MEDIA PRODUCTIONS, LLC, DISTRIBUIDORA DE DISCOS MONTERREY, S.A., DE C.V., PLATINO RECORDS, INC., and ALBERTO MITCHELL, <br><br> Defendants. | Case No. 1:20-cv-00981-AWI-SKO <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (Doc. 49) |

On April 2, 2021, the parties filed a joint stipulation, signed by all parties who have appeared, dismissing Plaintiffs Yellowcake, Inc. and Colonize Media, Inc. ("Plaintiffs")'s claims against Defendants Triwolf Media, LLC, Tango Multi Media Productions, LLC, Platino Records, Inc., and Alberto Mitchell with prejudice, and Plaintiffs' claims against Defendant Distribuidora de Discos Monterrey, S.A., de C.V. without prejudice.[1]  (Doc. 49.)  The stipulation also dismissed Counter-Claimant Triwolf Media, LLC's claims against Counter-Defendants Yellowcake, Inc. and Colonize Media, Inc. with prejudice.  (*Id.*)

---

[1] Distribuidora de Discos Monterrey, S.A., de C.V. did not make an appearance in the case.

1  In light of the parties' stipulation, Plaintiffs' claims against all Defendants except for Distribuidora de Discos Monterrey, S.A., de C.V. have been dismissed with prejudice, and Plaintiffs' claims against Defendant Distribuidora de Discos Monterrey, S.A., de C.V. have been dismissed without prejudice.  Counter-Claimant Triwolf Media, LLC's claims against Counter-Defendants Yellowcake, Inc. and Colonize Media, Inc. have also been dismissed with prejudice, and this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 5, 2021**                               /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE